IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. TYAHLA, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 3:14-CV-01836 |
| | : | |
| COMMONWEALTH OF, PENNSYLVANIA, et al., | : | (Judge Nealon) |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW, ON THIS 6th DAY OF FEBRUARY, 2015**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is direct to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.


　　　　　　　　　　　　　　　　　　 /s/   William J. Nealon
　　　　　　　　　　　　　　　　　　United States District Judge